BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-mj-0332-CKD |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ALVIN DANIELES, ) | |
| Defendant. ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case No. 2:12-mj-0332-CKD is GRANTED. Accordingly, the Court Trial scheduled for February 1, 2013 is VACATED.

IT IS SO ORDERED.

Dated: January 24, 2013

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge